IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEIGH GLEAN MEGARGEE, et al., <br><br> Plaintiffs, <br> v. <br><br> BILL WITTMAN, et al., <br><br> Defendants. | CV F 06-0684 AWI LJO <br><br> ORDER VACATING SEPTEMBER 18, 2006 HEARING DATE |

    Defendants' motions to dismiss are currently set for hearing to be held on September 18, 2006. The court has reviewed the parties' briefs and finds that this motion is suitable for decision without oral argument. Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 18, 2006, is VACATED, and the parties shall not appear at that time. As of September 18, 2006, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   September 13, 2006**                      /s/ Anthony W. Ishii
0m8i78                                            UNITED STATES DISTRICT JUDGE