IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEIGH GLEAN MEGARGEE, an incompetent, by Hazel and Art Lopez, his guardian ad litem; and KATIE TAYLOR, a minor, by Terry Huerta, her guardian ad litem,<br><br>**Plaintiffs**,<br>v.<br><br>BILL WITTMAN, CHAD RHYMAN, and BRANDON HALL, in their individual capacity as sheriffs of the County of Tulare, AND THE COUNTY OF TULARE, and DOES 1 through 100, inclusive,<br><br>**Defendants**. | CV F 06-0684 AWI LJO<br><br>**ORDER STRIKING SECOND AMENDED COMPLAINT**<br><br>(Doc. #7) |

On June 2, 2006, Plaintiffs filed a complaint, alleging civil rights violations arising out of Defendants' shooting of Plaintiffs.  On June 9, 2006, Plaintiffs filed a first amended complaint.  On July 31, 2006, Plaintiffs filed a second amended complaint.  On August 1, 2006 and August 4, 2006, Defendants filed motions to dismiss the first amended complaint. On September 1, 2006, Plaintiffs filed oppositions to Defendants' motions.  In their oppositions, Plaintiffs note that Defendants' motions attack the first amended complaint.  Plaintiffs state that the only difference between the first amended complaint and the second amended complaint is that the second amended complaint adds Dan Baker as a Defendant in place of one of the Doe Defendants.  Plaintiffs then proceed to defend Defendants' attack on the first amended complaint.

1   A plaintiff may amend a complaint "once as a matter of course," and without leave of
2   Court, before a response has been filed under Federal Rule of Civil Procedure 15(a).  Leave of
3   court or the stipulation of adverse parties is required for all other amendments.  Rule Civ. P.
4   15(a).   Here, Plaintiffs June 9, 2006 first amended complaint served as Plaintiffs one
5   opportunity to amend the complaint.   The July 31, 2006 second amended complaint was not
6   filed with leave of court or upon the stipulation of the parties.   As such, it is an improper filing.
7   Accordingly, the second amended complaint filed on July 31, 2006 is STRUCK from the
8   record in this action.   This action will proceed on the first amended complaint until such time as
9   a properly filed amended complaint is before the court.

11   IT IS SO ORDERED.

12  **Dated:    October 13, 2006**             /s/ Anthony W. Ishii
    9h0d30                                    UNITED STATES DISTRICT JUDGE

2