DONGELL LAWRENCE FINNEY LLP
John A. Lawrence (SBN 073395)
707 Wilshire Boulevard, 45th Floor
Los Angeles, CA  90017-3609
Telephone:  (213) 943-6100
Facsimile:  (213) 943-6101

Attorneys for Plaintiffs
STANLEIGH GEAN MEGARGEE and KATIE TAYLOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| **STANLEIGH GEAN MEGARGEE, an incompetent, by Hazel and Art Lopez, his guardian ad litem; and KATIE TAYLOR, a minor, by Terry Huerta, her guardian ad litem,**<br><br>**Plaintiff**,<br><br>v.<br><br>**BILL WITTMAN, CHAD RHYMAN, and DAN BAKER, in their individual capacity as sheriffs of the County of Tulare, AND THE COUNTY OF TULARE, and DOES 1 through 100, inclusive,**<br><br>**Defendants**<br>_____) | CV F 1:06-CV-00684-AWI-LJO<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY FORPLAINTIFF STANLEIGH GEAN MEGARGEE, AN INCOMPETANT, BY ART LOPEZ, HIS GUARDIAN AD LITEM**<br><br>**ORDER** |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

Plaintiff Stanleigh Gean Megargee, an incompetent, by Art Lopez, his guardian ad litem ("Plaintiff") makes the following substitution:

1. Former legal representative, DONGELL LAWRENCE FINNEY CLAYPOOL LLP.

2. New legal representative as follows:

Brian E. Claypool

1 | State Bar number 13467

2 | 1180 Linda Vista Avenue

3 | Pasadena, CA  91103

4 | (818) 664-94893.

    The party making this substitution is a plaintiff Stanleigh Gean Megargee, an incompetent, by Art Lopez, his guardian ad litem.

    I consent to this substitution.

    Art Lopez, Guardian Ad Litem for Plaintiff Stanleigh Gean Megargee, an Incompetent

    I consent to this substitution.

    John A. LawrenceDONGELL LAWRENCE FINNEY LLPFormer Attorney fo Plaintiff

    I consent to this substitution.

    Brian E. ClaypoolNew Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

**Dated:   December 5, 2006**          /s/ **Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE