Kathleen Bales-Lange, # 094765
County Counsel for the County of Tulare
Teresa M. Saucedo, #093121
Deputy County Counsel
2900 W. Burrel, County Civic Center
Visalia, California 93291
Telephone:    (559) 733-6263
Facsimile:    (559) 737-4319

Justus C. Spillner, # 067638
Cassandra E. Hooks, # 277741
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendants
COUNTY OF TULARE, BILL WITTMAN, CHAD
RHYMAN and DAN BAKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| **STANLEIGH GEAN MEGARGEE an incompetent, by Hazel and Art Lopez, his guardian ad litem; and KATIE TAYLOR, a minor, by Terry Huerta, her guardian ad litem,**<br><br>                Plaintiffs,<br><br>        v.<br><br>**BILL WITTMAN, CHAD RHYMAN and DAN BAKER, in their individual capacity as sheriffs of the COUNTY OF TULARE, and the COUNTY OF TULARE, and DOES 1 through 100 inclusive,**<br><br>                Defendants. | 06-CV-00684-LJO-NEW (WMW)<br><br>**STIPULATION FOR PROTECTIVE ORDER AND  PROTECTIVE ORDER** |

Subject to the approval of this Court, Plaintiffs, STANLEIGH GEAN MEGARGEE and KATIE TAYLOR (hereinafter "Plaintiffs") and Defendants, COUNTY OF TULARE, BILL WITTMAN, CHAD RHYMAN and DAN BAKER (hereinafter "Defendants"), hereby stipulate to the following protective order concerning

Defendants' responses to the Plaintiffs' discovery requests. This stipulation and protective order applies to the "Tulare County Sheriff's Department General Operations Manual," or other documents, produced by Defendants in compliance with Plaintiffs' Request for Production of Documents (set one).

     1.     The "Tulare County Sheriff's Department General Operations Manual," contains privileged information concerning Defendants' governmental operations and practices;

     2.     All documentation produced by Defendants are to be protected from disclosure to any person or entity other than Plaintiffs, STANLEIGH GEAN MEGARGEE and KATIE TAYLOR, their attorneys of record and experts;

     3.     Plaintiffs, STANLEIGH GEAN MEGARGEE and KATIE TAYLOR, their attorneys of record and experts agree to use said "Tulare County Sheriff's Department General Operations Manual," or governmental information contained therein, for the limited purpose of preparing the above-captioned action for litigation and said documentation shall not be published or made available to any other person or entity for any purpose whatsoever or in connection with any other suit or litigation without prior written consent of Defendants or by written order of this Court upon motion properly filed, noticed and heard;

     4.     Plaintiffs, STANLEIGH GEAN MEGARGEE and KATIE TAYLOR, their attorneys of record and experts, shall make no more copies, summaries, or compilations of the "Tulare County Sheriff's Department General Operations Manual," or governmental documentation than are reasonably necessary in the preparation of the above-captioned action for litigation;

     5.     Upon the final determination of the above-captioned action, all persons, including Plaintiffs, STANLEIGH GEAN MEGARGEE and KATIE TAYLOR, their attorneys of record and experts, to whom the "Tulare County Sheriff's Department General Operations Manual," or any other governmental information contained therein, or agency documentation or any portion thereof, have been disclosed shall, without demand, immediately return to the attorneys for Defendants, all portions of said information and documentation they have received. All recipients of said documentation shall certify in writing to the attorneys for Defendants that they have complied with the provisions of this paragraph;

     6.     Upon termination of the above-captioned action: (a) the "Tulare County Sheriff's Department General Operations Manual," or any portion thereof, or other governmental

This document has been submitted for identification in evidence at trial of the above-captioned action may be withdrawn by the attorneys for Defendants; and (b) the clerk is authorized to deliver said documentation and information to the attorneys for Defendants;

7. The "Tulare County Sheriff's Department General Operations Manual," or governmental documentation contained therein, may be used in a deposition in the above-captioned action, but the party using it shall advise the court reporter that it is subject to this protective order. A deposition which contains the "Tulare County Sheriff's Department General Operations Manual," or other governmental documentation, either in testimony or exhibits, shall be filed with the clerk of the court under seal, bearing substantially the following designation: "This deposition was taken subject to a Protective Order of the Court. This deposition shall remain sealed until further order of the Court.";

8. This Protective Order shall survive the termination of the above-captioned action and continue in full force and effect, and the Court retains jurisdiction to enforce this Protective Order; and

9. This Protective Order may only be modified or amended by further order of the Court for good cause shown.

SO STIPULATED:

Dated: July 27, 2007

By  /s/ Brian E. Claypool
Brian E. Claypool
Attorneys for Plaintiffs,
STANLEIGH GEAN MEGARGEE and
KATIE TAYLOR

Dated:     July 31, 2007

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:     /s/ Cassandra E. Hooks

Justus C. Spillner

Cassandra E. Hooks

Attorneys for Defendants

COUNTY OF TULARE, BILL WITTMAN, CHAD RHYMAN, and DAN BAKER

The stipulation having been reviewed by the Court and for good cause shown:

IT IS SO ORDERED.

Dated:   **August 1, 2007**            /s/  William M. Wunderlich

UNITED STATES MAGISTRATE JUDGE