Kathleen Bales-Lange, # 094765
County Counsel for the County of Tulare
Teresa M. Saucedo, #093121
Deputy County Counsel
2900 W. Burrel, County Civic Center
Visalia, California 93291
Telephone:   (559) 733-6263
Facsimile:    (559) 737-4319

Justus C. Spillner, # 067638
Matthew E. Fletcher, # 198028
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendants
COUNTY OF TULARE, BILL WITTMAN, CHAD RHYMAN and DAN BAKER

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| **STANLEIGH GEAN MEGARGEE an incompetent, by Hazel and Art Lopez, his guardian ad litem; and KATIE TAYLOR, a minor, by Terry Huerta, her guardian ad litem,**<br><br>Plaintiffs,<br><br>v.<br><br>**BILL WITTMAN, CHAD RHYMAN and DAN BAKER, in their individual capacity as sheriffs of the COUNTY OF TULARE, and the COUNTY OF TULARE, and DOES 1 through 100 inclusive,**<br><br>Defendants. | Case No.  1:06-CV-00684-LJO-NEW (WMW)<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND AMEND SCHEDULING ORDER** |

///

///

///

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

JOINT STIPULATION TO CONTINUE TRIAL DATE AND AMEND SCHEDULING ORDER

The parties, acting by and through their respective attorneys of record, hereby agree and stipulate to continue the Trial and Scheduling Order in this matter as follows:

|  | Previous Date | Stipulated New Date |
|---|---|---|
| Discovery Deadline (non-expert) | October 30, 2007 | December 28, 2007 |
| Discovery Deadline (expert) | November 30, 2007 | January 31, 2008 |
| Pre-Trial Motion Filing Deadline: | December 14, 2007 | February 14, 2008 |
| Pre-Trial Conference Date: | February 6, 2008 | April 8, 2008 |
| Trial | March 17, 2008 | To Be Determined |

The parties hereby stipulate to a continuance of the above dates as there are a tremendous amount of percipient and expert discovery yet to be conducted. Lawyers for both sides have stipulated to continue the trial date for a minimum of 60 days. There have also been discovery meet and confer issues that delayed depositions. Counsel for Plaintiffs will be engaged in a trial for several weeks in October which will make it difficult to complete remaining discovery.

Therefore, the parties respectfully request that the Court order the continuance of the dates described above, subject to the Court's schedule and approval. This Stipulation can be executed in counter parts.

Dated: September 6, 2007

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP


By: /s/ Justus C. Spillner
Justus C. Spillner
Matthew E. Fletcher
Attorneys for Defendants
COUNTY OF TULARE, BILL
WITTMAN, CHAD RHYMAN, and
DAN BAKER

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

NOTICE OF MOTION 1:06-CV-00684-AWI-LJO

Dated: September 12, 2007                                CLAYPOOL LAW FIRM

By: _____/s/ Brian E. Claypool_____
Brian E. Claypool
Attorneys for Plaintiffs
STANLEIGH GEAN MEGARGEE
and KATIE TAYLOR

IT IS SO ORDERED.

The Trial and Scheduling Order in this matter are continued as follows:

|  | Original Date | New Date |
|---|---|---|
| Discovery Deadline (non-expert) | October 30, 2007 | 12/28/2007 |
| Discovery Deadline (expert) | November 30, 2007 | 1/31/2008 |
| Pre-Trial Motion Filing Deadline: | December 14, 2007 | 2/14/2008 |
| Pre Trial Conference Date: | February 6, 2008 | 6/16/2008 at 8:30am Courtroom 4 |
| Jury Trial | March 17, 2008 | 7/21/2008 at 9:00am Courtroom 4 |

Date:  October 5, 2007          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

NOTICE OF MOTION 1:06-CV-00684-AWI-LJO