Kathleen Bales-Lange, # 094765
County Counsel for the County of Tulare
Teresa M. Saucedo, #093121
Deputy County Counsel
2900 W. Burrel, County Civic Center
Visalia, California 93291
Telephone:   (559) 733-6263
Facsimile:   (559) 737-4319

Justus C. Spillner, # 067638
Cassandra E. Hooks, # 244471
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendants
COUNTY OF TULARE, BILL WITTMAN, CHAD RHYMAN and DAN BAKER

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT

| | |
|---|---|
| **STANLEIGH GEAN MEGARGEE an incompetent, by Hazel and Art Lopez, his guardian ad litem; and KATIE TAYLOR, a minor, by Terry Huerta, her guardian ad litem,**<br><br>Plaintiffs,<br><br>v.<br><br>**BILL WITTMAN, CHAD RHYMAN and DAN BAKER, in their individual capacity as sheriffs of the COUNTY OF TULARE, and the COUNTY OF TULARE, and DOES 1 through 100 inclusive,**<br><br>Defendants. | Case No.  1:06-CV-00684-LJO-GSA<br><br>**JOINT STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |

///

///

///

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA  93720-1501

JOINT STIPULATION TO CONTINUE TRIAL DATE AND AMEND SCHEDULING ORDER

The parties, acting by and through their respective attorneys of record, hereby agree and stipulate to continue the Scheduling Order in this matter as follows:

|  | Previous Date | Stipulated New Date |
|---|---|---|
| Expert Designation Deadline | October 10, 2007 | March 1, 2008 |
| Discovery Deadline (non-expert) | December 28, 2007 | January 31, 2008 |
| Discovery Deadline (expert) | January 31, 2008 | April 30, 2008 |
| Pre-Trial Motion Filing Deadline: | February 14, 2008 | May 15, 2007 |

The Pre-Trial Conference date of June 16, 2008 and the Trial date of July 21, 2008 will remain the same. This continuance is necessary due to the Plaintiff's need that independent medical examinations be conducted locally, as opposed to in Los Angeles, where Defendants' experts were originally located. The parties hereby stipulate to a continuance of the above dates as independent medical examinations will not be conducted on Plaintiffs until January 2008. As a result, the above deadlines must be moved.

Therefore, the parties respectfully request that the Court order the continuance of the dates described above, subject to the Court's schedule and approval. This Stipulation can be executed in counter parts.

Dated: October 16, 2007                McCORMICK, BARSTOW, SHEPPARD,
                                                            WAYTE & CARRUTH LLP


                                                    By:      /S/ Cassandra E. Hooks
                                                              Justus C. Spillner
                                                              Cassandra E. Hooks
                                                              Attorneys for Defendants
                                                              COUNTY OF TULARE, BILL
                                                              WITTMAN, CHAD RHYMAN, and
                                                              DAN BAKER

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

NOTICE OF MOTION 1:06-CV-00684-AWI-LJO

1  Dated: October 15, 2007                                      CLAYPOOL LAW FIRM

2

3                                                    By:        /S/Brian E. Claypool
                                                           Brian E. Claypool
4                                                          Attorneys for Plaintiffs
                                                       STANLEIGH GEAN MEGARGEE
5                                                          and KATIE TAYLOR

6

7  IT IS SO ORDERED.

8  The Scheduling Order in this matter is continued as follows:

9
                                         Original Date              New Date
10
   Expert Designation Deadline           October 10, 2007           2/25/08
11
   Discovery Deadline (non-expert)       December 28, 2007          1/31/08
12
   Discovery Deadline (expert)           January 31, 2008           4/14/08
13
   Pre-Trial Motion Filing Deadline:     February 14, 2008          4/14/08
14

15

16  Date:  10/17/07                              /s/ Lawrence J. O'Neill
                                                 U.S. District Judge
17

18
   70960/00009-1147932.v1
19

20

21

22

23

24

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

3

NOTICE OF MOTION 1:06-CV-00684-AWI-LJO