# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEIGH GEAN MEGARGEE and KATIE TAYLOR, | CASE NO. 1:06-CV-00684 LJO GSA |
| Plaintiff, | ORDER RE: MOTION TO COMPEL |
| v. | (Doc. 80) |
| BILL WITTMAN, CHAD RHYMAN and Dan BAKER, in their individual capacity and sheriffs of the COUNTY OF TULARE, and DOES 1 through 100 inclusive, | |
| Defendant. / | |

On January 8, 2007, the parties filed a joint statement regarding a discovery dispute pursuant to Local Rule 37-251(a). The joint statement made reference to a Motion to Compel brought by the Defendants. The parties requested that the motion be heard on January 11, 2008, at 9:30 am.

On January 10, 2008, the court issued an order stating that the Defendants had not followed Local Rule 37-251(a) because there was no notice of motion or motion filed with the joint statement. (Doc. 79). The court ordered that the Defendant file a notice of motion and motion by January 15, 2008 and that after the filing of the motion, the matter would be heard on January 18, 2008 at 9:30 am. In the order, the Court indicated that Plaintiff had provided very little legal authority in opposition to Defendant's motion. Plaintiff was informed that failure to provide legal authority for her positions may result in the granting of Defendant's motion. Given the expedited nature of the motion, the Court also ordered both parties to provide additional briefing on specific issues by

1

1  January 18, 2008. Defendants timely filed the motion and notice of motion. However, to date,
2  neither party has complied with the Court's order with regard to the additional briefing.
3  Accordingly, the motion will not be heard on January 18, 2008, at 9:30.

4  Given the nature of the issues, the Court will extend the deadline for the parties to brief the
5  issues in accordance with the instructions contained within the Court's written order dated January
6  10, 2008. All filings **shall** be received by the court no later than Tuesday, January 22, 2008 at 12:00
7  am. A hearing will be held on January 25, 2008, at 9:30.[1] The parties are advised that failure to file
8  additional briefing may result in vacating the hearing and the matter being submitted on the
9  arguments set forth in the joint statement.

12  IT IS SO ORDERED.
13  Dated:   **January 17, 2008**            /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] If Defendant's motion is granted, the Court will extend the discovery deadline beyond January 31, 2008, for the contested deposition questions only.

2