Kathleen Bales-Lange, # 094765
County Counsel for the County of Tulare
Teresa M. Saucedo, #093121
Deputy County Counsel
2900 W. Burrel, County Civic Center
Visalia, California 93291
Telephone:   (559) 733-6263
Facsimile:   (559) 737-4319

Justus C. Spillner, # 067638
Cassandra E. Hooks, # 244471
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendants
COUNTY OF TULARE, BILL WITTMAN, CHAD RHYMAN and DAN BAKER

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| **STANLEIGH GEAN MEGARGEE an incompetent, by Hazel and Art Lopez, his guardian ad litem; and KATIE TAYLOR, a minor, by Terry Huerta, her guardian ad litem,**<br><br>             Plaintiffs,<br><br>     v.<br><br>**BILL WITTMAN, CHAD RHYMAN and DAN BAKER, in their individual capacity as sheriffs of the COUNTY OF TULARE, and the COUNTY OF TULARE, and DOES 1 through 100 inclusive,**<br><br>             Defendants. | Case No.  1:06-CV-00684-LJO-GSA<br><br>**JOINT STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |

///

///

///

1  The parties, acting by and through their respective attorneys of record, hereby
2  agree and stipulate to continue the Scheduling Order in this matter as follows:

|  | Previous Date | Stipulated New Date |
|---|---|---|
| Discovery Deadline (non-expert) | January 31, 2008 | February 23, 2008 |

This continuance is necessary to allow for the completion of numerous witness depositions which have yet to be completed due to the unavailability of counsel. As a result, the above deadline must be moved.

The parties respectfully request that the Court order the continuance of the date described above, subject to the Court's approval. This Stipulation can be executed in counter parts.

Dated: January 16, 2008        McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP


By:   /c/ Justus C. Spillner
      Justus C. Spillner
      Cassandra E. Hooks
      Attorneys for Defendants
      COUNTY OF TULARE, BILL
      WITTMAN, CHAD RHYMAN, and
      DAN BAKER

Dated: January 17, 2008        CLAYPOOL LAW FIRM


By:   /s/ Brian E. Claypool
      Brian E. Claypool
      Attorneys for Plaintiffs
      STANLEIGH GEAN MEGARGEE
      and KATIE TAYLOR

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO ORDERED.

2  The Scheduling Order in this matter is amended as follows:

3

4                                               <u>Original Date</u>              <u>New Date</u>

   Discovery Deadline (non-expert)       January 31, 2008           February 23, 2008
5

6

7  Date:   January 17, 2008                    <u>Gary S. Austin</u>
                                               United States Magistrate Judge
8

9  70960/00009-1180646.v1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

3

JOINT STIPULATION AND ORDER TO AMEND SCHEDULING ORDER

PDF created with pdfFactory trial version www.pdffactory.com