# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEIGH GEAN MEGARGEE an incompetent by Hazel and Art Lopez, his guardian ad litem; and KATIE TAYLOR a minor, by Terry Huera, her  guardian ad litem,<br><br>Plaintiffs,<br><br>v.<br><br>BILL WITTMAN, CHAD RYMAN,  DAN BAKER, in their individual capacity as sheriffs of the COUNTY OF TULARE, and the COUNTY OF TULARE, and DOES 1 through 100 inclusive<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:06-cv-00684-LJO-GSA<br><br><br><br>ORDER VACATING JANUARY 25, 2008 HEARING DATE |

Defendants' motions to compel are currently set for a hearing to be held on Friday 25, 2008, at 9:30 am. The court has reviewed the parties' joint statement and supplemental brief filed by Defendants and finds that this motion is suitable for decision without oral argument.

Therefore, IT IS HEREBY ORDERED that the hearing set for January 25, 2008, at 9:30 am is VACATED, and the parties shall not appear at that time.  As of January 25, 2008, the Court will take the matter under submission, and will thereafter issue its decision.


IT IS SO ORDERED.

Dated:   **January 23, 2008**                     _____**/s/ Gary S. Austin**_____
                                                        UNITED STATES MAGISTRATE JUDGE