# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEIGH GEAN MEGARGEE an incompetent by Hazel and Art Lopez, his guardian ad litem; and KATIE TAYLOR a minor, by Terry Huera, her guardian ad litem,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>BILL WITTMAN, CHAD RYMAN, DAN BAKER, in their individual capacity as sheriffs of the COUNTY OF TULARE, and the COUNTY OF TULARE, and DOES 1 through 100 inclusive<br><br>　　　　　　Defendants. | 1:06-cv-00684-LJO-GSA<br><br>ORDER DIRECTING CLERK TO REMOVE DOCUMENTS FROM PUBLIC FILE AND SEAL DOCUMENTS<br><br>(Docs. 85, 86, 87) |

    Upon review of the Defendants' filings submitted January 18, 2008, the Court hereby ORDERS documents numbered 85, 86, and 87 filed in the instant action BE FILED UNDER SEAL pursuant to Local Rule 39-141(a). The court is ordering the sealing of these documents because they contain juvenile records and/or reflect upon matters that were released pursuant to California Welfare and Institutions Code 827. Defendants are directed to confer with plaintiffs' counsel and serve plaintiffs' counsel with the documents if copies of the documents were not obtained from CM/ECF prior to the issuance of this order.

    By this order, the Court DIRECTS the Clerk of the Court to remove documents 85, 86, and 87 from the public file and re-file them under seal.

1  IT IS SO ORDERED.

2  Dated:   **January 23, 2008**                    /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE