Kathleen Bales-Lange, # 094765
County Counsel for the County of Tulare
Teresa M. Saucedo, #093121
Deputy County Counsel
2900 W. Burrel, County Civic Center
Visalia, California 93291
Telephone:   (559) 733-6263
Facsimile:   (559) 737-4319

Justus C. Spillner, # 067638
Cassandra E. Hooks, # 244471
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendants
COUNTY OF TULARE, BILL WITTMAN, CHAD RHYMAN and DAN BAKER

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| **STANLEIGH GEAN MEGARGEE an incompetent, by Hazel and Art Lopez, his guardian ad litem; and KATIE TAYLOR, a minor, by Terry Huerta, her guardian ad litem,**<br><br>Plaintiffs,<br><br>v.<br><br>**BILL WITTMAN, CHAD RHYMAN and DAN BAKER, in their individual capacity as sheriffs of the COUNTY OF TULARE, and the COUNTY OF TULARE, and DOES 1 through 100 inclusive,**<br><br>Defendants. | Case No.  1:06-CV-00684-LJO-GSA<br><br>**JOINT STIPULATION AND ORDER TO FURTHER AMEND SCHEDULING ORDER** |

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

The parties, acting by and through their respective attorneys of record, hereby agree and stipulate to amend the Scheduling Order in this matter as follows:

|  | Previous Date | Stipulated New Date |
|---|---|---|
| Discovery Deadline (non-expert) | February 23, 2008 | March 7, 2008 |
| Expert Designation | February 25, 2008 | March 10, 2008 |

This continuance is necessary to allow for the completion of numerous witness depositions which have yet to be completed due to the unavailability of counsel and the witnesses. As a result, the above deadlines must be moved.

The parties respectfully request that the Court order the continuance of the date described above, subject to the Court's approval. This Stipulation can be executed in counter parts.

Dated: January 30, 2008        McCORMICK, BARSTOW, SHEPPARD,
                               WAYTE & CARRUTH LLP


                               By:      /s/ Cassandra E. Hooks
                                        Justus C. Spillner
                                        Cassandra E. Hooks
                                     Attorneys for Defendants
                                  COUNTY OF TULARE, BILL
                               WITTMAN, CHAD RHYMAN, and
                                         DAN BAKER

Dated: January 30, 2008                CLAYPOOL LAW FIRM


                               By:       /s/ Brian E. Claypool
                                         Brian E. Claypool
                                     Attorneys for Plaintiffs
                                  STANLEIGH GEAN MEGARGEE
                                      and KATIE TAYLOR

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2
JOINT STIPULATION AND ORDER TO FURTHER AMEND SCHEDULING ORDER

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO ORDERED.**

The Scheduling Order in this matter is amended as follows:

|                                  | Original Date     | New Date        |
|----------------------------------|-------------------|-----------------|
| Discovery Deadline (non-expert)  | February 23, 2008 | March 7, 2008   |
| Expert Designation               | February 25, 2008 | March 10, 2008  |

The parties are advised that the pre-trial conference date of June 16, 2008, and the trial date of July 21, 2008 will not be changed.

Date:  January 31, 2008                    Gary S. Austin
                                           United States Magistrate judge

70960/00009-1185511.v1

PDF created with pdfFactory trial version www.pdffactory.com