IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEIGH GEAN MEGAREE, et al., | CASE NO. CV F 06-0684 LJO GSA |
| Plaintiff, | **ORDER ON BRIEFING PAGE LIMITS**<br>(Doc. 97.) |
| vs. | |
| BILL WHITMAN, et al., | |
| Defendants. / | |

Defendants County of Tulare, Bill Whitman, Chad Rhyman and Dan Baxter seek leave to exceed this Court's briefing limits. This Court treats briefs in excess of page limits as a necessity, not a luxury to be taken lightly. This Court PERMITS defendants to file an opening summary judgment brief not to exceed 35 pages on the condition that such brief is **well-organized, clear and succinct and avoids unnecessary duplication**. All other briefing shall conform to the Standing Order page limitations of this Court, unless this Court orders otherwise.

Due to this Court's heavy caseload and its effect to hold to scheduled trial and related dates, the parties are encouraged to consider consent to the conduct of further proceedings by a United States Magistrate Judge.

IT IS SO ORDERED.

**Dated:   February 12, 2008**              /s/ Lawrence J. O'Neill

1

UNITED STATES DISTRICT JUDGE