# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEIGH GEAN MEGARGEE, et al., | CASE NO. CV F 06-0684 LJO GSA |
| Plaintiffs, | **ORDER TO NOTIFY COURT WHETHER DEFENDANTS CONSENT TO MAGISTRATE JUDGE JURISDICTION** |
| vs. | |
| BILL WITTMAN, et al., | |
| Defendants. / | |

Due to this Court's heavy caseload and its effect to hold to scheduled motion, trial and related dates, the parties are encouraged to consider consent to the conduct of further proceedings by a United States Magistrate Judge. Plaintiffs have indicated that they consent to the conduct of further proceedings by a United States Magistrate Judge. As such, this Court ORDERS defendants, no later than February 20, 2008, to inform this Court in writing whether they consent to the conduct of further proceedings by a United States Magistrate Judge.

IT IS SO ORDERED.

**Dated:  February 13, 2008**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1