Kathleen Bales-Lange, # 094765
County Counsel for the County of Tulare
Teresa M. Saucedo, #093121
Deputy County Counsel
2900 W. Burrel, County Civic Center
Visalia, California 93291
Telephone:  (559) 733-6263
Facsimile:  (559) 737-4319

Justus C. Spillner, # 067638
Cassandra E. Hooks, # 277741
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300

Attorneys for Defendants
COUNTY OF TULARE, BILL WITTMAN, CHAD
RHYMAN and DAN BAKER

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| STANLEIGH GEAN MEGARGEE an incompetent, by Hazel and Art Lopez, his guardian ad litem; and KATIE TAYLOR, a minor, by Terry Huerta, her guardian ad litem,<br><br>          Plaintiffs,<br><br>     v.<br><br>BILL WITTMAN, CHAD RHYMAN and DAN BAKER, in their individual capacity as sheriffs of the COUNTY OF TULARE, and the COUNTY OF TULARE, and DOES 1 through 100 inclusive,,<br><br>          Defendants. | Case No.  1:06-CV-00684-LJO-GSA<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND AMEND SCHEDULING ORDER**<br><br>Trial Date:          July 21, 2008 |

///

///

///

JOINT STIPULATION TO CONTINUE TRIAL DATE AND AMEND SCHEDULING ORDER

The parties, acting by and through their respective attorneys of record, hereby agree and stipulate to continue the Trial and Scheduling Order in this matter as follows:

|  | Previous Date | Stipulated New Date |
|---|---|---|
| Discovery Deadline (non-expert) | March 7, 2008 | April 30, 2008 |
| Designation of Experts | March 10, 2008 | May 7, 2008 |
| Discovery Deadline (expert) | April 14, 2008 | June 20, 2008 |
| Pre-Trial Conference Date: | June 16, 2008 | September 16, 2008 |
| Trial | July 21, 2008 | October 6, 2008 |

The parties hereby stipulate to a continuance of the above dates as there is a tremendous amount of expert discovery to be completed including inspections of the vehicle and other forensic evidence; as well as the continued deposition of Plaintiff Katie Taylor, and other potential depositions of treating physicians. Lawyers for both sides have stipulated to continue the trial date for approximately 75 days. There have been discovery issues that are being resolved and they have delayed expert inspections and have made it difficult to complete discovery.

The parties further agree that in the event the Court chooses to not grant the requested continuance the following dates will be extended:

|  | Previous Date | Stipulated New Date |
|---|---|---|
| Discovery Deadline (non-expert) | March 7, 2008 | April 4, 2008 |
| Designation of Experts | March 10, 2008 | April 7, 2008 |
| Discovery Deadline (expert) | April 14, 2008 | May 14, 2008 |

///

///

///

///

///

1  Therefore, the parties respectfully request that the Court order the continuance of
2  the dates described above, subject to the Court's schedule and approval.  This Stipulation can be
3  executed in counter parts.

Dated: March 5, 2008

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: /s/ Justus C. Spillner
Justus C. Spillner
Cassandra E. Hooks
Attorneys for Defendants
COUNTY OF TULARE, BILL
WITTMAN, CHAD RHYMAN, and
DAN BAKER

Dated: March 4, 2008

CLAYPOOL LAW FIRM

By: /s/ Brian E. Claypool
Brian E. Claypool
Attorneys for Plaintiffs
STANLEIGH GEAN MEGARGEE
and KATIE TAYLOR

Dated: March 4, 2008

MAIER SHOCH LLP

By: /s/ Eric R. Maier
Eric R. Maier
Louis E. Shoch
Attorneys for Plaintiffs
STANLEIGH GEAN MEGARGEE
and KATIE TAYLOR

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

NOTICE OF MOTION 1:06-CV-00684-AWI-LJO

IT IS SO ORDERED:

The Scheduling Order in this matter is amended as follows:

|  | Original Date | New Date |
|---|---|---|
| Discovery Deadline (non-expert) | March 7, 2008 | April 30, 2008 |
| Designation of Experts | March 10, 2008 | May 7, 2008 |
| Discovery Deadline (expert) | April 14, 2008 | June 20, 2008 |
| Pre Trial Conference Date: | June 16, 2008 | September 16, 2008 At 8:30am |
| Jury Trial | July 21, 2008 | October 6, 2008 At 9:00am |

Date:  March 6, 2008                           /s/ Lawrence J. O'Neill
                                                U.S. DISTRICT COURT JUDGE

-1198305.v1