1  Kathleen Bales-Lange, # 094765  (SPACE BELOW FOR FILING STAMP ONLY)
   County Counsel for the County of Tulare
2  Teresa M. Saucedo, #093121
   Deputy County Counsel
3  2900 W. Burrel, County Civic Center
   Visalia, California 93291
4  Telephone:   (559) 733-6263
   Facsimile:    (559) 737-4319
5
   Justus C. Spillner, # 067638
6  Cassandra E. Hooks, # 244471
   McCormick, Barstow, Sheppard,
7  Wayte & Carruth LLP
   P.O. Box 28912
8  5 River Park Place East
   Fresno, CA  93720-1501
9  Telephone:   (559) 433-1300
   Facsimile:    (559) 433-2300
10
   Attorneys for Defendants
11 COUNTY OF TULARE,  BILL WITTMAN, CHAD
   RHYMAN and DAN BAKER
12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

16 | STANLEIGH GEAN MEGARGEE an | Case No.  1:06-CV-00684-LJO-GSA
   incompetent, by Hazel and Art Lopez, his
17 guardian ad litem; and KATIE TAYLOR, a | **NOTICE OF MOTION AND MOTION TO FILE DOCUMENTS UNDER SEAL**
   minor, by Terry Huerta, her guardian ad
18 litem,                                    | Judge:     Gary S. Austin

19           Plaintiffs,

20      v.

21 BILL WITTMAN, CHAD RHYMAN and
   DAN BAKER, in their individual capacity
22 as sheriffs of the COUNTY OF TULARE,
   and the COUNTY OF TULARE, and
23 DOES 1 through 100 inclusive,,

24           Defendants.

25

26

27

28

1  COME NOW, Defendants COUNTY OF TULARE, BILL WITTMAN, CHAD RHYMAN and DAN BAKER (collectively "DEFENDANTS") and hereby move to file the documents attached hereto as Exhibit "A" and Exhibit "B" under seal. These documents are the Joint Statement Regarding Discovery Dispute and supporting Declaration of Cassandra E. Hooks, pertaining to DEFENDANTS' motion to compel various depositions and the production of medical records.

This Motion to Seal is made pursuant to the Court's Order dated January 23, 2008, which sealed documents which reflected juvenile records or matters that were released pursuant to California Welfare and Institutions Code §827. DEFENDANTS believe that the documents attached hereto as Exhibit "A" and Exhibit "B" should also be sealed for the same reasons outlined in the Court's January 23, 2008 Order.

Dated: March 14, 2008

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By:     /S/Cassandra E. Hooks
Justus C. Spillner
Cassandra E. Hooks
Attorneys for Defendants
COUNTY OF TULARE,
BILL WITTMAN, CHAD RHYMAN and
DAN BAKER

///
///
///
///
///
///
///
///
///

Pursuant the DEFENDANTS' Request, and for good cause shown, the specific portions of the court documents to be sealed are as follows:

    1.    Joint Statement Regarding Discovery Dispute attached hereto as Exhibit "A."

    2.    Declaration of Cassandra E. Hooks in Support of Joint Statement Regarding Discovery Dispute attached hereto as Exhibit "B."

THE FOREGOING IS HEREBY ORDERED, ADJUDGED AND DECREED.

Dated: _____, 2008  _____
                                                                       THE HONORABLE GARY S. AUSTIN

1202539.v1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

3

DEFENDANTS REPLY TO SEPARATE STATEMENT OF ADDITIONAL MATERIAL FACTS IN DISPUTE