# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEIGH GEAN MEGARGEE, and KATIE TAYLOR,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BILL WITTMAN, CHAD RYMAN, DAN BAKER, in their individual capacity as sheriffs of the COUNTY OF TULARE, and the COUNTY OF TULARE, and DOES 1 through 100 inclusive<br><br>　　　　　Defendants. | 1:06-cv-00684-LJO-GSA<br><br>ORDER DIRECTING CLERK TO SEAL DOCUMENTS |

　　　　On March 14, 2008, Defendants lodged a Motion to Seal a Joint Statement Regarding Discovery Dispute ("Joint Statement") and a supporting Declaration of Cassandra E. Hooks pertaining to Defendant's Motion to Compel.  See, Notice of Motion and Motion to File Documents Under Seal ("Defendant's Motion to Seal") at Exhibits A & B.  Attached to the Joint Statement are Plaintiffs' psychological and medical records which contain sensitive information or are reports that were generated when the plaintiffs were minors.  See, Joint Statement at Exhibits A-R.

　　　　Upon review of the Defendants' filings, the Court hereby GRANTS Defendants Motion to Seal Exhibits A & B of the Motion to Seal and orders that these Exhibits be FILED UNDER SEAL.  Additionally, because of the nature of the Joint Statement, the court further orders that the attachments to the Joint Statement at Exhibits A-R also BE FILED UNDER SEAL.  The court is ordering the sealing of all of these documents because they contain sensitive information

1 | or are juvenile records that were released pursuant to California Welfare and Institutions Code
2 | 827.
3 |     By this order, the Court DIRECTS the Clerk of the Court to file Exhibit A & Exhibit B of
4 | Defendant's Motion to Seal and Exhibits A-R of the Joint Statement under seal pursuant to Local
5 | Rule 39-141(a).

9 |     IT IS SO ORDERED.
10 |    Dated:   **March 28, 2008**                  **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE