**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STANLEIGH GEAN MEGARGEE and KATIE TAYLOR<br><br>Plaintiff,<br><br>vs<br><br>BILL WITTMAN, CHAD RHYMAN, and DAN BAKER, in their individual capacity and sheriffs of the COUNTY OF TULARE, and DOES 1 through 100 inclusive,<br><br>Defendants.<br>_____ / | CASE NO. 1:06-cv-0684 LJO GSA<br><br><br><br><br>ORDER APPOINTING GUARDIAN AD LITEM FOR STANLEIGH GEAN MEGARGEE |

On September 5, 2006, Plaintiff Stanleigh Gean Megargee, an incompetent, filed a petition to appoint Art Lopez as guardian ad litem. Doc. 28. He re-filed this petition on February 5, 2008. Doc. 94. A hearing was held on April 16, 2008. Brian Claypool, counsel for the plaintiff, Stanleigh Megargee, plaintiff, and Art and Hazel Lopez personally appeared.

Federal Rule of Civil Procedure 17 (c) provides that the court may appoint a guardian ad litem for a minor or an incompetent person who does not have a duly appointed representative. The

1  court has determined that a guardian ad litem is necessary and appropriate.   It appears to be common
2  place to appoint a parent to act as a next of friend when selecting a guardian ad litem.  Gonzalez v.
3  Reno, 212 F. 3d 1338, 1352 (11th Cir. 2000).  In this case, Hazel Lopez, Stanleigh Megargee's
4  biological mother, has requested that Art Lopez, act as guardian ad litem.  Upon a consideration of
5  the petition, the court has determined that the petition should be granted.
6       IT IS HEREBY ORDERED that :
7       1. Plaintiff's application to appoint Art Lopez as guardian ad litem is GRANTED.
8       2. Art Lopez is hereby appointed guardian ad litem for plaintiff, Stanleigh Megargee.

14      IT IS SO ORDERED.
15      Dated:   **April 16, 2008**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE