1

2

3

4

5                              **UNITED STATES DISTRICT COURT**

6                              EASTERN DISTRICT OF CALIFORNIA

7    STANLEIGH GEAN MEGARGEE an         )   1:06-cv-00684-LJO-GSA
     incompetent by Art Lopez, his      )
8    guardian ad litem; and KATIE TAYLOR )
                                         )
9                                        )   ORDER RE: DEFENDANTS' MOTION TO
                          Plaintiffs,    )   COMPEL
10                                       )
              v.                         )
11                                       )
     BILL WITTMAN, CHAD RYMAN,  DAN      )
12   BAKER, in their individual capacity as )
     sheriffs of the COUNTY OF TULARE,   )
13   and the COUNTY OF TULARE, and       )
     DOES 1 through 100 inclusive        )
14                                       )
                          Defendants.    )
15   _____)

16

17          Defendants filed a Motion to Compel on March 31, 2008.  The matter came before the

18   Honorable Gary S. Austin, in Courtroom 10 on April 25, 2008, at 9:30.  Laura Moriarty appeared

19   on behalf of Defendants.  Plaintiffs' counsel did not appear.  At the hearing, the court ordered

20   that the Defendants complete the following no later than April 30, 2008:

21          1) Provide the court with an inventory of the documents Defendants have in their

22   possession regarding both Plaintiff MEGARGEE and TAYLOR's medical, psychological and

23   psychiatric conditions (including drug use and treatment) that are relevant to the Motion to

24   Compel;

25          2)  Provide the court with a list of documents that Plaintiffs may have in their

26   possession related to the requested items in the Motion to Compel (if known by Defendants);

27          3) Prepare a proposed order for the Motion to Compel outlining with specificity

28   the items and relief Defendants are seeking;

                                              1

1    4) Prepare a proposed protective order;

2    5) Provide the court with a new discovery cut-off date by which discovery will be

3    completed if the court grants the motion;

4    6) File a declaration outlining why it is necessary to take Drs. Moussa,

5    Pointowski, and Hirokawa's depositions given that Defendants are already in possession of their

6    written reports.  The declaration shall also include the number of depositions Defendants have

7    already taken in this case;  and

8    7) Notify Plaintiffs' counsel of the next hearing which will be held on May 2,

9    2008, at 9:30 am in Courtroom 10.

10    If Plaintiffs' counsel would like the court to consider a proposed protective order,

11    Plaintiffs' counsel shall submit a proposed order no later than April 30, 2008.  Any proposed

12    order submitted by either party shall be sent to the court's mailbox at

13    gsaorders@caed.uscourts.gov in addition to filing the documents on cm/ecf.

14

15    IT IS SO ORDERED.

16    **Dated:   April 28, 2008**          _/s/ **Gary S. Austin**_
                                           UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28