# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEIGH GEAN MEGARGEE, et al., <br><br> Plaintiff, <br><br> vs. <br><br> BILL WITTMAN, et al, <br><br> Defendants. | CASE NO. CV F 06-0685 LJO GSA <br><br> **ORDER TO SET TELEPHONIC CONFERENCE** <br><br> Date:  September 22, 2008 <br> Time:  3:30 p.m. |

In the absence of U.S. District Judge Lawrence O'Neill, Senior U.S. District Judge William Shubb will conduct the October 7, 2008 trial of this action. To that end, Judge Shubb SETS a telephonic conference for **September 22, 2008 at 3:30 p.m.** The parties' counsel shall appear at the conference by telephone by arranging a one-line conference call and adding the Court at (916) 930-4230.

IT IS SO ORDERED.

**Dated:   September 17, 2008**              /s/ Lawrence J. O'Neill
                                                                          UNITED STATES DISTRICT JUDGE